UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. SA CV 11-0427 DOC (MLGx)                                        Date: March 6, 2012

Title: LARRY SINGER -V- LIVE NATION WORLDWIDE INC., ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

   Julie Barrera                                               Not Present   
Courtroom Clerk                                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                           NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER TO SHOW CAUSE WHY THIS COURT SHOULD NOT GRANT MOTION FOR SUMMARY JUDGMENT AS UNOPPOSED

       Before the Court is a Motion for Summary Judgment (Dkt. 13) filed on February 22, 2012, by Defendant Live Nation Worldwide ("Defendant").  Defendant's previous motion for summary judgment was denied.  *See* Order (Dkt. 12).

       Plaintiff's Opposition to the present Motion for Summary Judgment was due on March 5, 2012.  At present, Plaintiff has not filed an opposition.

       Accordingly, the Court ORDERS Plaintiff to SHOW CAUSE why this Court should not grant the Motion for Summary Judgment as unopposed pursuant to Local Rules 7-9 and 7-12.  Plaintiff may file an Opposition on or before March 12, 2012, and such a filing shall be deemed sufficient to discharge this Order to Show Cause, with no other explanation required.  The Court expresses no view on whether Defendant's Motion violates the local rules or whether the Court should alter the scheduling order to permit Defendant to file this Motion.  *See* Mot. at 4-5.

       If Plaintiff does file an opposition by March 12, 2012, Defendant's Reply shall be due on or before March 15, 2012.